UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY K. HELMERS | * | CIVIL ACTION |
| VERSUS | * | NO. 26-138 |
| FRANK BISIGNANO, COMMISSIONER SOCIAL SECURITY ADMINISTRATION | * | DIVISION 2 |

**ORDER AND REASONS**

Plaintiff Mary K. Helmers filed this suit seeking judicial review of a final decision of the Commissioner[1] of the Social Security Administration (the "Commissioner") under 42 U.S.C. §§ 405(g). ECF No. 1. Pursuant to 28 U.S.C. § 636(c) and the unanimous consent of the parties, the matter was referred to a magistrate judge for disposition. ECF No. 9.

Pending before me are the Commissioner's Unopposed *Ex Parte/*Consent Motion to Reverse and Remand (ECF No. 17) and the Plaintiff's Motion for Summary Judgment in a Social Security Matter (ECF No. 14). For the reasons below, the Commissioner's Motion (ECF No. 17) is granted, the Administrative Law Judge's (ALJ) decision is reversed, and the matter is remanded for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g). Plaintiff's Motion for Summary Judgement (ECF No. 14) is denied as moot. Judgment dismissing this case will be entered accordingly.

## I. BACKGROUND

On May 14, 2024, Plaintiff Mary K. Helmers filed an application for disability insurance benefits under Title II of the Social Security Act. ECF No. 6, at 212–220. Plaintiff alleges disability beginning December 31, 2021. *Id*. at 212, 219. The Commissioner denied her claim on

[1] Frank Bisignano is automatically substituted as defendant. FED. R. CIV. P. 25(d); 42 U.S.C. § 405(g).

June 21, 2024. *Id.* at 83–87. Plaintiff requested reconsideration of that decision, and on July 30, 2024, the hearing officer denied her request for reconsideration. *Id.* at 88–92. Plaintiff then requested a hearing before an ALJ, which was conducted before Jeffrey Morgan, who issued an unfavorable decision. *Id.* at 19–31. After the Appeals Council denied review on November 21, 2025 (*id*. at 5), Plaintiff filed this complaint under 42 U.S.C. §§ 405(g) seeking judicial review of the Commissioner's final decision.

In accordance with this Court's Order and the Supplemental Rules for Social Security Actions, Plaintiff filed a Brief/Motion for Summary Judgment. ECF No. 14. In lieu of responding to Plaintiff's filing, the Commissioner filed an Unopposed Motion to Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g) to allow the Commissioner to offer the opportunity for a new administrative hearing and decision. ECF No. 17 ¶ 3. The Commissioner's Motion denotes that Plaintiff consents to the motion. *Id.* ¶ 4.

## II. APPLICABLE LAW AND ANALYSIS

Section 405(g) permits only two types of remand orders: "(1) remands pursuant to the fourth sentence, and (2) remands pursuant to the sixth sentence."[2] In this case, Defendant seeks remand under sentence four, which authorizes a court to enter a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing, based on the pleadings and transcript of the record.[3]

Reversal of the Commissioner's decision and remand for further proceedings is appropriate under sentence four of 42 U.S.C. § 405(g) when the record is insufficient to support the

[2] *Melkonyan v. Sullivan*, 501 U.S. 89, 97–98 (1991).
[3] 42 U.S.C. § 405(g).

Commissioner's conclusions and further fact-finding is necessary.[4] A sentence four remand requires the district court to enter a decision on the merits before remanding a case to the Commissioner.[5] Thus, a request to remand for further administrative proceedings, like the remand requested in the Commissioner's motion, is a sentence four remand under section 405(g) and requires that the court enter a decision,[6] which in this case is a requested reversal.

The Commissioner's motion apparently, though not expressly, concedes that substantial evidence in the record is lacking at this time to uphold the decision when he asks that the court reverse that decision so that further proceedings may be conducted. ECF No. 17, at 2. Accordingly, it appears that good cause exists to support reversal of the decision and to remand this case.

## III. CONCLUSION

Having reviewed the record, the submissions, and applicable law, for the foregoing reasons,

IT IS ORDERED that Defendant's Unopposed Motion to Remand (ECF No. 17) be GRANTED, and that judgment be entered REVERSING the Commissioner's decision and REMANDING the case for further administrative proceedings.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 14) is DENIED as moot.

New Orleans, Louisiana, this 21st day of October, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[4] *See id.*; *Shalala v. Schaefer*, 509 U.S. 292, 297–98 (1993) (stating that a district court remanding a case pursuant to sentence four of Social Security Act must enter judgment either affirming, reversing or modifying the decision of the Commissioner); *Sullivan v. Finkelstein*, 496 U.S. 617, 625–26 (1990).

[5] *Melkonyan*, 501 U.S. at 98.

[6] *See Sullivan*, 496 U.S. at 625–26 (sentence four provides the appropriate relief when the evidence on the record does not support the Commissioner's conclusions and further fact finding is necessary).